GARY Y. LEUNG (Cal. Bar No. 302928)
Email: LeungG@sec.gov
PATRICIA PEI (Cal. Bar No. 274957)
Email: PeiP@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Applicant,<br><br>      vs.<br><br>ASPIRE VAPE CO.,<br><br>           Respondent. | Case No. Case No. 2:22-mc-00195<br><br>**L.R. 83-1.3.1 NOTICE OF RELATED CASE** |

TO THE CLERK OF THIS HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, in accordance with Local Rule 83-1.3, Applicant Securities and Exchange Commission states the following:

This miscellaneous action to enforce an SEC investigative subpoena to Respondent Aspire Vape Co., brought under Section 22(b) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §77v(b), and Section 21(c) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(c), and the following subpoena enforcement action previously filed by the SEC in the Central District of California against a different subpoenaed entity – Ignite International Brands, Ltd. – may be "related cases" under Local Rule 83-1.3 because they concern the same SEC formal order of investigation, and therefore may "arise from the same or closely related … happening, or events":

    1.    <u>Securities and Exchange Commission v. Ignite International Brands, LTD.</u>, 2:22-mc-00172-MCD-E (C.D. Cal.)

Since the related subpoena enforcement action was filed in this district court, the SEC has not provided notice under L.R. 83-1.4.1 (requiring notice "[w]henever a civil action filed in … this Court involves all or a material part of the subject matter of an action then pending before the United States Court of Appeals, Bankruptcy Appellate Panel, Bankruptcy Court or any other federal or state court or administrative agency").

Dated: October 12, 2022                    Respectfully submitted,

 

                                                               */s/ Gary Y. Leung*
                                                             Gary Y. Leung
                                                             Patricia Pei
                                                             Attorneys for Applicant
                                                             Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 12, 2022, I caused to be served the document entitled **NOTICE OF RELATED CASE** on all the parties to this action addressed as stated on the attached service list:

☒   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 12, 2022          */s/ Gary Y. Leung*

                                        Gary Y. Leung

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>*SEC v. Aspire Vape Co.*</u>
United States District Court – Central District of California

<u>SERVICE LIST</u>

George G. Mgdesyan, Esq.
Mgdesyan Law Firm
4529 Sherman Oaks Ave.
Sherman Oaks, CA 91403
george@mgdesyanlaw.com
***Attorney for Respondent Aspire Vape Co.***