GARY Y. LEUNG (Cal. Bar No. 302928)
Email: LeungG@sec.gov
PATRICIA PEI (Cal. Bar No. 274957)
Email: PeiP@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br><br>　　vs.<br><br>ASPIRE VAPE CO.,<br><br>　　　　Respondent. | Case No. 2:22-mc-00195-MCS-E<br><br>**APPLICANT SECURITIES AND EXCHANGE COMMISSION'S SUPPLEMENTAL STATUS REPORT** |

Applicant Securities and Exchange Commission ("SEC") respectfully submits the following supplemental status report in the above-captioned matter:

Following further efforts between the parties in the past week, no outstanding issues remain. Accordingly, Applicant SEC respectfully requests that the Court's October 20, 2022 minute order requiring respondent to file papers attempting to show cause why the Court should not order compliance with the SEC's administrative subpoena (Dkt. No. 5), as amended in its November 3 and November 29 minute orders (Dkt Nos. 7 and 9), be discharged and that this subpoena enforcement matter be dismissed.

Dated: December 14, 2022                    Respectfully submitted,

*/s/ Gary Y. Leung*
Gary Y. Leung
Patricia Pei
Attorneys for Applicant
Securities and Exchange Commission

1

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 14, 2022, I caused to be served the document entitled **APPLICANT SECURITIES AND EXCHANGE COMMISSION'S SUPPLEMENTAL STATUS REPORT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 14, 2022      */s/ Gary Y. Leung*
                              Gary Y. Leung

2

*SEC v. Aspire Vape Co.*
**United States District Court – Central District of California**
**Case No. 2:22-mc-00195-MCS-E**

SERVICE LIST

Jack Dicanio, Esq. **(served by CM/ECF)**
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Email: jack.dicanio@skadden.com
*Attorney for Respondent Aspire Vape Co.*